STATE v. WILLIE JAMES RAINEY.

(Filed 9 May, 1956.)

APPEAL by defendant from *Preyer, J.,* September Criminal Term 1955 of GUILFORD.

Criminal prosecution on two warrants, which by consent were tried together. The first warrant charged the defendant on 13 May 1955 with the unlawful possession, the unlawful possession for the purpose of sale, and the sale, of ½ gallon of nontax-paid whisky for $5.00. The second warrant charged the defendant on 19 May 1955 with the same offenses, except that the amount of nontax-paid whisky alleged was 1 gallon and the sale price was $10.00.

Plea: Not Guilty. Verdict: Guilty as charged in each warrant.

The court consolidated the two cases for judgment, and imprisoned the defendant for nine months.

The defendant appealed, assigning error.

*William B. Rodman, Jr., Attorney General, and T. W. Bruton, Assistant Attorney General, for the State.*

*J. Kenneth Lee and Major S. High for Defendant, Appellant.*

PER CURIAM. The defendant was tried, convicted and sentenced upon both warrants in the Municipal-County Court of the city of Greensboro, and appealed to the Superior Court.

We have carefully examined the defendant's assignments of error. They present no questions that require discussion, and no prejudicial error appears to justify a new trial. In the trial below we find
   No error.